IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| H-D U.S.A., LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HAPPYMOTO, et al.,<br><br>    Defendants. | Case No. 19-cv-02710<br><br>**Judge Sharon Johnson Coleman**<br><br>**Magistrate Judge M. David Weisman** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, May 21, 2019, at 9:00 a.m., Plaintiff H-D U.S.A., LLC ("Harley-Davidson" or "Plaintiff"), by its counsel, shall appear before the Honorable Judge Sharon Johnson Coleman in Courtroom 1425 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's *Ex Parte* Motion to Extend the Temporary Restraining Order.

Dated this 16th day of May 2019.  Respectfully submitted,

                /s/ Justin R. Gaudio
                Amy C. Ziegler
                Justin R. Gaudio
                RiKaleigh C. Johnson
                Greer, Burns & Crain, Ltd.
                300 South Wacker Drive, Suite 2500
                Chicago, Illinois 60606
                312.360.0080
                312.360.9315 (facsimile)
                aziegler@gbc.law
                jgaudio@gbc.law
                rjohnson@gbc.law

                *Counsel for Plaintiff H-D U.S.A., LLC*