# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

H-D U.S.A., LLC,

        Plaintiff,

v.

HAPPYMOTO, et al.,

        Defendants.

Case No. 19-cv-02710

**Judge Sharon Johnson Coleman**

**Magistrate Judge M. David Weisman**

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiff H-D U.S.A.,

LLC ("Harley-Davidson" or "Plaintiff") hereby dismisses this action without prejudice against the

following Defendants:

| Defendant Name | Line No. |
|---|---|
| technology-zoom | 109 |
| dretisco | 139 |
| lepetion | 163 |
| tactgear | 191 |

Dated this 30th day of May 2019.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law

*Counsel for Plaintiff H-D U.S.A., LLC*