IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| H-D U.S.A., LLC,<br><br>       Plaintiff,<br><br>v.<br><br>HAPPYMOTO, et al.,<br><br>       Defendants. | Case No. 19-cv-02710<br><br>**Judge Sharon Johnson Coleman**<br><br>**Magistrate Judge M. David Weisman** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiff H-D U.S.A., LLC ("Harley-Davidson" or "Plaintiff") hereby dismisses this action with prejudice against the following Defendant:

| Defendant Name | Line No. |
|---|---|
| bestledlightstore | 22 |

Dated this 25th day of June 2019.    Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law

*Counsel for Plaintiff H-D U.S.A., LLC*