IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| H-D U.S.A., LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HAPPYMOTO, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-02710<br><br>**Judge Sharon Johnson Coleman**<br><br>**Magistrate Judge M. David Weisman** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiff H-D U.S.A., LLC ("Harley-Davidson" or "Plaintiff") hereby dismisses this action with prejudice against the following Defendants:

| Defendant Name | Line No. |
|---|---|
| advan_superstore | 6 |
| avantdigital | 12 |
| baoshenghk | 15 |
| bwsauto2019 | 24 |
| comfortable_seller | 32 |
| crave-gear | 33 |
| cutedigital | 35 |
| goldensun2011 | 51 |
| goodlight2017bp | 53 |
| headlightchannel2017 | 60 |
| hediseller2018 | 61 |
| lightyourway17 | 76 |
| mushannan | 87 |

Dated this 2nd day of July 2019.  Respectfully submitted,

/s/ RiKaleigh C. Johnson
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law

*Counsel for Plaintiff H-D U.S.A., LLC*