# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| H-D U.S.A., LLC,<br><br>   Plaintiff,<br><br>v.<br><br>HAPPYMOTO, et al.,<br><br>   Defendants. | Case No. 19-cv-02710<br><br>**Judge Sharon Johnson Coleman**<br><br>**Magistrate Judge M. David Weisman** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiff H-D U.S.A., LLC ("Harley-Davidson" or "Plaintiff") hereby dismisses this action with prejudice as to the following Defendants:

| **Defendant Name** | **Line No.** |
|---|---|
| dealclick | 36 |
| hk3czone | 64 |
| keylife | 71 |
| l-carcover | 73 |
| lucky4ever2014 | 79 |
| muymotors | 88 |

Dated this 11th day of July 2019.  Respectfully submitted,

  /s/ RiKaleigh C. Johnson
  Amy C. Ziegler
  Justin R. Gaudio
  RiKaleigh C. Johnson
  Greer, Burns & Crain, Ltd.
  300 South Wacker Drive, Suite 2500
  Chicago, Illinois 60606
  312.360.0080 / 312.360.9315 (facsimile)
  aziegler@gbc.law
  jgaudio@gbc.law
  rjohnson@gbc.law

  *Counsel for Plaintiff H-D U.S.A., LLC*